

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-216-08

**JOE PACE, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## IN CAUSE NO. 01-04-00518-CR FROM THE FIRST COURT OF APPEALS
## HARRIS COUNTY

**Per Curiam.  COCHRAN, J., dissented.**

## O P I N I O N

Joe Pace was charged with delivery of a controlled substance, and the State alleged

two prior convictions for enhancement.  At punishment, the State introduced evidence that

Pace's prior forgery conviction had been appealed.  On appeal in this case, Pace alleged that

the State failed to prove that the forgery conviction was final.  The First Court of Appeals

affirmed, holding that the evidence was sufficient to prove that the conviction was final because Pace admitted to being convicted of forgery and to going to prison for that offense.[1] In reaching its holding, the court of appeals relied on our decision in *Flowers v. State*.[2]

Pace filed a petition for discretionary review contending, in his second ground for review, that the court of appeals erred in relying on *Flowers* and that the court instead should have relied on *Jones v. State*.[3] In *Jones*, we held if the State introduces evidence that a prior conviction has been appealed, it is then incumbent upon the State to offer proof that the conviction has been affirmed. Pace is correct that the court of appeals erred to conclude that the State satisfied its burden in this case. Evidence that Pace was convicted and went to prison is insufficient to establish that the prior forgery conviction was affirmed.

Accordingly, we grant Pace's petition for discretionary review, vacate the judgment of the court of appeals, and remand this case to the trial court for a new punishment hearing. We also refuse Pace's first ground for review.

DATE DELIVERED: July 2, 2008
DO NOT PUBLISH

---

[1]  *Pace v. State*, No. 01-04-00518-CR, 2007 Tex. App. LEXIS 8143 (Tex. App.—Houston [1st Dist.] Oct. 11, 2007) (not designated for publication).

[2]  220 S.W.3d 919 (Tex. Crim. App. 2007).

[3]  711 S.W.2d 634 (Tex. Crim. App. 1986).